

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP
F. #2018R002250

*Select Street Address*
*Select City & State*

January 26, 2021

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Douglass Mackey
     No. 21-M-82 (PK)

Dear Judge Kuo:

  The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter upon the arrest of the defendant.

          Respectfully submitted,

          SETH D. DuCHARME
          Acting United States Attorney

      By:   /s/
          Erik Paulsen
          Assistant U.S. Attorney
          (718) 254-6135

Enclosure

cc: Clerk of Court (by ECF)

EDP
F.# 2018R002250

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DOUGLASS MACKEY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

21-M-82 (PK)

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erik Paulsen, for an order unsealing the complaint and arrest warrant in the above-captioned matter upon the arrest of the defendant;

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed upon the arrest of the defendant.

Dated:   Brooklyn, New York
          Jan 26, 2021

*Cheryl L. Pollak*

_____
HONORABLE ~~PEGGY KUO~~ --- Cheryl Pollak
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK