UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>      v.<br><br>DOUGLASS MACKEY<br><br>                Defendant. | 21-M-82 (RER)<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE OF TOR EKELAND AS ATTORNEY FOR DEFENDANT**

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney is admitted to practice in this Court and is retained as counsel for Defendant DOUGLASS MACKEY.

Dated: February 2, 2021

                                                Respectfully submitted,

                                                <u>/s/ Tor Ekeland</u>

                                                Tor Ekeland (NYS Bar No. 4493631)
                                                Tor Ekeland Law, PLLC

                                                80 Wall Street
                                                8th Floor
                                                New York, NY
                                                10005

                                                (718) 737 - 7264
                                                tor@torekeland.com